| | |
|---|---|
| 1 | Bevin Allen Pike (SBN 221936) |
| | Bevin.Pike@capstonelawyers.com |
| 2 | Orlando Villalba (SBN 232165) |
| | Orlando.Villalba@capstonelawyers.com |
| 3 | Trisha Monesi (SBN 303512) |
| | Trisha.Monesi@capstonelawyers.com |
| 4 | Capstone Law APC |
| | 1875 Century Park East, Suite 1000 |
| 5 | Los Angeles, California 90067 |
| | Telephone: (310) 556-4811 |
| 6 | Facsimile: (310) 943-0396 |

Attorneys for Plaintiffs Jessica Barajas, Deandre Frison, and Jeanette Johnson

(*Additional Counsel on Next Page*)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BARAJAS, DEANDRE FRISON, and JEANETTE JOHNSON, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>THARALDSON HOSPITALITY STAFFING, LLC, a Nevada limited liability company; THARALDSON HOSPITALITY MANAGEMENT, LLC, a Nevada limited liability company; THARALDSON HOSPITALITY DEVELOPMENT, LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:19-cv-01275 TJH (KKx)<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO REMAND [JS-6]** |

William J. Goines (SBN CA 61290)
GREENBERG TAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650.328.8500
Facsimile: 650.328.8508
goinesw@gtlaw.com

Lindsay E. Hutner (SBN CA 238998)
GREENBERG TAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, California 94111
Telephone: 415.655.1300
Facsimile: 415.707.2010
hutnerl@gtlaw.com

Attorneys for Defendants THARALDSON HOSPITALITY STAFFING, LLC, a Nevada limited liability company; THARALDSON HOSPITALITY MANAGEMENT, LLC, a Nevada limited liability company; THARALDSON HOSPITALITY DEVELOPMENT, LLC, a Nevada limited liability company;

Based on the Parties' stipulation and good cause appearing therefore, the Court orders this matter shall be remanded to the San Bernardino County Superior Court.

**IT IS SO ORDERED.**

Dated: OCTOBER 21, 2020

_____
Hon. Terry J. Hatter, Jr
UNITED STATES DISTRICT JUDGE